**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2199**

———————

ANDREA G. BRIGGS,

Plaintiff - Appellant,

versus

JOHN H. DALTON, Secretary of the Navy,

Defendant - Appellee,

and

HAROLD M. KOENIG, VADM, Surgeon General;
DONALD F. HAGAN, VADM; RONALD I. RIDENOUR,
RADM, Commander; THOMAS K. BURKHARD, Captain,
Deputy Commander; DAVID GERVAIS, Captain; CAP-
TAIN MCCLERKLIN; PETER GARMS; MARK W. MATTING-
LEY, CDR; DIANE M. LACKEY, LT; CHARLES A.
PHILLIPS, JR.,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
95-3064-CCB)

———————

Submitted: October 23, 1997          Decided: November 13, 1997

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andrea G. Briggs, Appellant Pro Se. Donna Carol Sanger, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting summary judgment to the Defendants on her employment discrimination action brought pursuant to the Civil Service Reform Act, 5 U.S.C. § 1221 (1994), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Briggs v. Dalton, No. CA-95-3064-CCB (D. Md. Apr. 15 and July 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED